Michael O. Azat (Bar No. 278409)
  mike.azat@azatlaw.com
Issa Y. Azat (Bar No. 292145)
  issa.azat@azatlaw.com
The Azat Law Group
99 S. Lake Ave., Suite 208
Pasadena, CA 91101
Phone: 626-394-9532

Attorneys for Plaintiff



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA INSTITUTE OF TECHNOLOGY, a nonprofit corporation, and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. CV18-9178-SVW (JPRx)<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE COMPLAINT AND NOTICE OF INTERESTED PARTIES UNDER SEAL AND TO PROCEED UNDER PSEUDONYMS |

The Court has reviewed Plaintiff's Application to File the Complaint and Notice of Interested Parties Under Seal and to Proceed Using Pseudonyms ("Application") and, good cause having been found, the Court has GRANTED plaintiff's Application.

The Court further finds that good cause exists to keep the filings and pleadings of this case under seal until such time as trial.

IT IS SO ORDERED.

___11/1/18___
DATE

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER