1 STUART D. TOCHNER, CA Bar No. 123758
stuart.tochner@ogletree.com
2 VANESSA C. KRUMBEIN, CA Bar No. 272202
vanessa.krumbein@ogletree.com
3 OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4 400 South Hope Street, Suite 1200
Los Angeles, CA 90071
5 Telephone: 213.239.9800
Facsimile: 213.239.9045
6
Attorneys for Defendants
7 CALIFORNIA INSTITUTE OF TECHNOLOGY and
DR. FELICIA HUNT
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA INSTITUTE OF TECHNOLOGY, a nonprofit corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV18-09178-SVW (JEMx)<br><br>**DEFENDANT HUNT'S NOTICE OF JOINDER AND JOINDER TO CALIFORNIA INSTITUTE OF TECHNOLOGY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(B)(1) AND 12(B)(6)**<br><br>Date: TBD—Under Submission<br>Time: TBD—Under Submission<br>Place: Courtroom 10A<br><br>Complaint Filed: October 25, 2018<br>Trial Date: None<br>District Judge: Hon. Stephen V. Wilson<br>Courtroom 10A, First St.<br>Magistrate Judge: Hon. John E. McDermott<br>Courtroom 640, Roybal |

37539521_2.docx

Case No. CV18-09178-SVW (JEMx)
DEFENDANT HUNT'S NOTICE OF JOINDER AND JOINDER TO CALIFORNIA INSTITUTE OF TECHNOLOGY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT defendant Dr. Felicia Hunt ("Hunt") will and hereby does join in California Institute of Technology's motion to dismiss Plaintiff's First Amended Complaint ("FAC") with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), filed in the United States District Court for the Central District of California on January 22, 2019 (the "Motion") (Docket No. 24), as well as its reply brief filed in the United States District Court for the Central District of California on February 11, 2019 ("Reply") (Docket No. 30).[1]

Hunt joins the Motion for all the reasons set forth in the Motion, its accompanying memorandum of points and authorities, all supporting documents, and the Reply, pursuant to Federal Rules of Civil Procedure, rules 12(b)(1) and 12(b)(6) for failure to state a claim upon which relief can be granted and on the grounds that this Court lacks jurisdiction over this case, and follows the conference of counsel pursuant to Local Rule 7-3, which began on December 7, 2018. (*See* Declaration of Vanessa Krumbein filed concurrently with the Motion on January 22, 2019.)

Specifically, as described in Caltech's motion to dismiss, taken under submission by the Court, the FAC fails in its entirety because Plaintiff failed to seek judicial exhaustion by first challenging the disciplinary action through a writ of mandamus in state court before initiating a federal court action—Plaintiff's exclusive remedy under the facts alleged in his FAC. *See* Cal. Code Civ. Proc. § 1094.5; *see also Doe v. Regents of the Univ. of California*, 891 F.3d 1147, 1155 (2018) Moreover, Plaintiff's claim against Caltech's Title IX coordinator, Dr. Felicia Hunt ("Hunt"), sued in her official capacity for a violation of 42 U.S.C. § 1983, fails as discussed in the Motion and Reply because state action has not been (and cannot be) sufficiently

---

[1] This Joinder serves as Hunt's responsive pleading to Plaintiff's First Amended Complaint.

1   Case No. CV18-09178-SVW (JEMx)

37539521_2.docx

DEFENDANT HUNT'S NOTICE OF JOINDER AND JOINDER TO CALIFORNIA INSTITUTE OF TECHNOLOGY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

pled—a jurisdictional requisite for bringing such a claim.

Based on her joinder to the Motion and Reply and the arguments contained therein, Hunt also respectfully moves this court to dismiss the claim against her.

DATED: April 3, 2019

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Vanessa C. Krumbein
Stuart D. Tochner
Vanessa C. Krumbein

Attorneys for Defendants
CALIFORNIA INSTITUTE OF TECHNOLOGY and
DR. FELICIA HUNT

37539521_2.docx

2                           Case No. CV18-09178-SVW (JEMx)
DEFENDANT HUNT'S NOTICE OF JOINDER AND JOINDER TO CALIFORNIA INSTITUTE OF TECHNOLOGY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT