1 STUART D. TOCHNER, CA Bar No. 123758
stuart.tochner@ogletree.com
2 VANESSA C. KRUMBEIN, CA Bar No. 272202
vanessa.krumbein@ogletree.com
3 OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4 400 South Hope Street, Suite 1200
Los Angeles, CA 90071
5 Telephone: 213.239.9800
Facsimile: 213.239.9045
6
Attorneys for Defendants
7 CALIFORNIA INSTITUTE OF TECHNOLOGY and DR.
FELICIA HUNT
8

9 MICHAEL O. AZAT, CA Bar No 278409
mike.azat@azatlaw.com
10 ISSA Y. AZAT, CA Bar No. 292145
issa.azat@azatlaw.com
11 THE AZAT LAW GROUP
99 S. Lake Avenue, Suite 208
12 Pasadena, CA 91101
Telephone: 626-394-9532
13
Attorneys for Plaintiff
14

15 
# UNITED STATES DISTRICT COURT
16 
## CENTRAL DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| 18 JOHN DOE, an individual, | Case No. CV18-09178-SVW (JEMx) |
| 19 Plaintiff, | **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| 20 v. | |
| 21 CALIFORNIA INSTITUTE OF TECHNOLOGY, a nonprofit corporation, and DOES 1-20, inclusive, | |
| 22 | Complaint Filed: October 25, 2018 |
| | Trial Date: None |
| 23 Defendants. | District Judge: Hon. Stephen V. Wilson Courtroom 10A, First St. |
| 24 | Magistrate Judge: Hon. John E. McDermott Courtroom 640, Roybal |

25
26
27
28

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff John Doe ("Plaintiff") and defendants California Institute of Technology and Dr. Felicia Hunt ("Defendants") stipulate and jointly request that this Court enter this dismissal with prejudice of Plaintiff's First Amended Complaint, in its entirety, in the above-entitled action. Each party shall bear her/his/its own costs and attorney fees.

DATED: May 6, 2019

THE AZAT LAW GROUP

By: /s/ Michael Azat

Attorneys for Plaintiff
JOHN DOE

DATED: May 6, 2019

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Vanessa C. Krumbein
Stuart D. Tochner
Vanessa C. Krumbein

Attorneys for Defendants
CALIFORNIA INSTITUTE OF TECHNOLOGY and DR. FELICIA HUNT

ATTESTATION OF SIGNATURE

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I certify that all other signatories listed, and on whose behalf this document is submitted, concur in the filing's content and have authorized the filing.

DATED: May 6, 2019     /s/ Vanessa C. Krumbein