FILED
CLERK, U.S. DISTRICT COURT
MAY 23 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA INSTITUTE OF TECHNOLOGY, a nonprofit corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV18-09178-SVW (JEMx)<br><br>[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>Complaint Filed: October 25, 2018<br>Trial Date: None<br>District Judge: Hon. Stephen V. Wilson<br>  Courtroom 10A, First St.<br>Magistrate Judge: Hon. John E. McDermott<br>  Courtroom 640, Roybal |

Pursuant to the Joint Stipulation for Dismissal of Entire Action With Prejudice and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed in its entirety, with prejudice. Each party shall bear her/his/its own costs and attorney fees.

IT IS SO ORDERED.

DATED: *May 23*, 2019    _____
THE HON. STEPHEN V. WILSON
JUDGE OF THE UNITED STATES
DISTRICT COURT